FILED
DEC 30 2020
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ , DEPUTY

UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

SLP CIV 20 1304

MALIK SHAKUR
   Plaintiff,

v.

NBC KFOR NEWS
   Defendant,

Case No._____

Request for Jury Trial
28 U.S.C. § 4101
18 U.S.C. § 241
18 U.S.C. § 242
18 U.S.C. § 10
15 U.S.C. § 3503

## COMPLAINT FOR A CIVIL ACTION

**I.** The Parties to This Complaint
  **A. The Plaintiff**
    MALIK SHAKUR (Public/Person being Alien/Entity)
    1100 NE 16TH
    Oklahoma City, OK 73117
    405-977-8084
    pureegyptian0112@gmail.com

  **B. The Defendant**
    NBC NEWS (Private/National Broadcasting Company)
    30 Rockefeller Plaza
    New York, NY 10112
    212-664-4444
    privacy@usj.co.jp

**II.** Comes Now, Indigenous person Malik of the family Shakur. Entering the court pro-se under 28 U.S.C. § 4101, 18 U.S.C. § 241, 18 U.S.C. § 242 , 18 U.S.C. §10 and resting at 15 U.S.C. § 3503. Hereby special representation for U.S. citizen entity *(Plaintiff)* alien ex-rel [MALIK SHAKUR]. Now seeking redress due for intentional injuries prohibited by the farmers of the constitution and it's treaties with Indians of the nation states.

**III.** *(Plaintiff)* [MALIK SHAKUR] being a public figure with the title as professional barber brings forth this libel defamation and civil rights complaint against the *(Defendant)* for harmful malicious injuries occurring from a nation wide news broadcasting and printed article reported by journalist Cassandra Sweetman titled **"Metro man accused of stealing thousands from his elderly mother"** posted on March 5, 2019 and updated on November 8, 2019. That news report and publication was broadcast nation wide without ever once speaking to the *(Plaintiff)*. The *(Defendant)* painted a false

light of the *(Plaintiff)* depriving his entity of procedural due-process. The plaintiff first gain knowledge of the news broadcasting when he was comforted by his boss at Tinker AFB informing him of the criminal allegations against him an until that situation was resolved he would be strip of his security clearance and re-position to lower grade assignment until his charges have been adjudicated. On September 26, 2019 *(Plaintiff)* was dismissed of criminal charges of elderly financial exploration docket IN THE DISTRICT COURT OF CLEVLAND COUNTY under Case No. CF-19-175. Approximately 30 or more days after the dismissal *(Plaintiff)* contacted the *(Defendant)* Oklahoma's NEWS 4 journalist/report Cassandra Sweetman an asked if she would be willing to **recant** her previously story, but she declined *(Plaintiff')* request.

*(Defendant)* added insult to injury on December 28, 2020, when assignment editor with Oklahoma's NEWS 4 addressing himself by the first name of "Chuck" stated of over the phone when he was asked, "Why did their reporter publish a story without contacting the victim being *(Plaintiff')* to get a factual story. He stated, "I think we tried but maybe he was in jail." When asked how did their editor get the information issue in the editors note published on 11/8/2020 stating, **"This case was dismissed due to the 'state's inability to prove each element beyond a reasonable doubt. The state made that request on 9/26/19."** "Chuck" replied either the victim being *(Plaintiff)* or his lawyer contacted their station. "Chuck" then stated, "The victim being *(Plaintiff)* can file a suit against them, but he don't stand a chance at winning." An rather suggested that the *(Plaintiff)* contact their lawyers an maybe work something out.

### Relief

**IV.** *(Plaintiff)* comes now seeking relief in the amount of $50,000,000.00 in debt notes plus punitive damages for intentional malice joined at the "meeting of the minds" favoring the STATE OF OKLAHOMA in effort to cover up financial criminology occurring with my mother finances at the hands of several state employees. The *(Defendant)* knowingly and intentionally misused their media platform to expose *(Defendant)* imagine in a false light in effort to conspired with others privilege to public media access. The *(Defendant)* made absolutely no effort to avoid injury by following media law, ethics and regulations. Showing cause to be in bad faith, premeditated and profitable; lacking procedural due-process, deprivation of civil liberty rights, interstate commerce and anti trust laws.

### Certificate of Service

**V.** I certify that the attach document(s) was (were) as indicated sent by U.S. Mail on this <u>29</u> day of December, 2020, to:

**The Defendant:**
NBC NEWS (Private/National Broadcasting Company)
30 Rockefeller Plaza
New York, NY 10112
212-664-4444
privacy@usj.co.jp

INDIVIDUAL/ACKNOWLEDEGMENT
State/Commonwealth of Oklahoma
County of Oklahoma
this the 29 day of Dec-, 2020

Malik Shakur
1100 NE 16th
Oklahoma City, OK 73117

Susan Kirkpatrick
Name of Notary Public