IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MALIK SHAKUR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-20-1304-SLP |
| ) | |
| **NBC-KFOR NEWS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Plaintiff applies to proceed in district court *in forma pauperis* (IFP), without prepaying fees or costs. (Doc. 2). However, his application is deficient. Plaintiff is required to report the details of his income and expenses. His application states that he received income from a "self-employed business" within the last twelve months, but, contrary to the instructions on the application form, he fails to include the amount of income he received. (*Id.* at 1). Plaintiff also does not disclose whether he continues to operate this self-employed business and, if so, the amount of income he expects to receive in the future. Plaintiff notes that he pays $75.00 per month for car insurance, but he does not include any details regarding the automobile he owns, leases, or otherwise uses. (*Id.* at 2). Plaintiff provides no details regarding his housing, but reports that he has $400 in monthly utilities bills. (*Id.*)

A court "has discretion in deciding whether or not to grant a civil litigant permission to proceed IFP." *Brewer v. City of Overland Park Police Dept.*, 24 F. App'x 977, 979 (10th Cir. 2002) (citing 28 U.S.C. § 1915(a)). Plaintiff has not provided this court with

sufficient information regarding his finances.  "[T]he documentation Plaintiff has provided does not indicate an inability to pay the required filing fee." *Raynor v. Wentz*, 357 F. App'x 968, 969 (10th Cir. 2009) (citing *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005)).  **Plaintiff must supplement his application by providing this information on or before January 19, 2021.**

**ENTERED this 5th day of January, 2021**.

AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE