FILED

MAY 11 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY



IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MALIK SHAKUR,<br>　　Plaintiff, | Case No. 20-CV-1304-SLP |
| vs. *Malik Shakur* | Request for Trial by Jury<br>18 U.S.C § 1332<br>18 U.S.C. § 10<br>28 U.S.C. § 4101 |
| NEXSTAR MEDIA INC.,<br>KFOR NEWS,<br>　　Defendant, | **AMENDED** |

COMPLAINT FOR CIVIL ACTION

**I.** The Parties to This Complaint
　**A. The Plaintiff**
　　MALIK SHAKUR (Person/Entity)
　　1100 NE 16TH
　　Oklahoma City, OK 73117
　　405-977-8084
　　pureegyptian0112@gmail.com

　**B. The Defendant**
　　NEXSTAR MEDIA INC., (Tribune Broadcasting II, LLC)
　　545 E John Carpenter Freeway Suite 700
　　Irving, TX 75062
　　(972-373-8888)

**II.**　COME NOW, Malik Shakur entering upon special appearance for *Plaintiff* arriving at subject matter jurisdiction 18 U.S.C § 1332; seeking relief for libel defamation pursuant to 28 U.S.C. § 4101, held under the enforcement and regulation of 18 U.S.C. § 10 power of the "interstate commerce clause" pursuant to private discrimination on the basis of race. For the selling of false statements in exchange for private profit. The *Defendant* "knowingly" used *Plaintiff's* image in effort to gain financial profit internationally and across several states. Painting a false light injurying *Plaintiffs* reputation without due-process; deprived *Plaintiff* of his right to privacy and public scrutney. Denying him the equal right to tell the true story to the KFOR NEWS reporter before broadcasting a news story that was wholly false; proves malice with the intent to defame *Plaintiff's* character and defraud the public for personal profit and ratings. Caused severe mental and emotional stress and distress upon the *Plaintiff.* Forever

## CERTIFICATE OF SERVICE

I certify that the attach document(s) was (were) as indicated sent by through U.S. Mail on this day May___, 2021, to:

ATTENTION:
Robert D. Nelon, OBA #6610
Jon Epstein, OBA #6610
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN, & NELSON, P.C.
100 North Broadwat, Suite 2900
Oklahoma City, OK 73102-8865

INDIVIDUAL/ACKNOWLEDEGMENT
State/Commonwealth of Oklahoma
County of Oklahoma
this the __11__ day of __May__, 2020
__Susan Kirkpatrick__
Name of Notary Public

Malik Shakur
1100 NE 16th
Oklahoma City, OK 73117
(405) 977-8084

