# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MALIK SHAKUR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-20-1304-SLP |
| NEXSTAR MEDIA INC., KFOR NEWS, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT OF DISMISSAL

In accordance with the Order entered herein this 26th day of May, 2021, the Amended Complaint is DISMISSED.

ENTERED this 26th day of May, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE